**STATE**

v.

**Albert BACCARI.**

**No. 81–48–M.P.**

Supreme Court of Rhode Island.

Feb. 26, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Spec. Asst. Atty. Gen., for plaintiff-respondent.

Charles J. Rogers, Jr., Providence, for defendant-petitioner.

## ORDER

Since the petition for writ of habeas corpus is not accompanied by adequate supporting materials, said petition is denied.

BEVILACQUA, C. J., did not participate.

■

**Mary E. VINCENT**

v.

**Paul CHIONCHIO**

**and**

**Donald Chionchio.**

**No. 81–39–M.P.**

Supreme Court of Rhode Island.

Feb. 26, 1981.

Tobin & Silverstein Incorporated, Max Wistow, Providence, for plaintiff-respondent.

Anderson, Henning & Anderson, Charles H. Anderson, Providence, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is denied.